# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT
### P.O. Box 16577
### Lake Charles LA 70616
### (337) 433-9403

Michael Cade Cassidy
District Attorney - 31st JDC
P. O. Box 1388
Jennings LA 70546

Bennett R. LaPoint
Assistant DA
P. O. Box 1388
Jennings LA 70546

**REHEARING ACTION: December 28, 2012**

**Docket Number: 12   00395-KA**

**STATE OF LOUISIANA**
**VERSUS**
**KEVIN RUSSELL MARTIN**

**Appealed from Jefferson Davis Parish Case No. CR-2011-2**

**BEFORE JUDGES:**

> Hon. Ulysses Gene Thibodeaux
> Hon. Sylvia R. Cooks
> Hon. Elizabeth A. Pickett

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **State of Louisiana** has this day been

> **GRANTED.**  The case will be considered submitted to the court on briefs
> on February 27, 2013.

> Cooks, J., would deny rehearing.

cc: Pride Justin Doran, Counsel for the Appellant